# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MCDADE,

Plaintiff(s),

v.

YRC WORLDWIDE, INC,

Defendant(s).

Case No. 14cv1500
Judge Susan E. Cox

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

  which ☐ includes    pre–judgment interest.
  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) YRC Worldwide, Inc.
and against plaintiff(s) Karl Harris, Eddie Williams, Derrick Rias, and Thomas Jackson.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Susan E. Cox on a motion for summary judgment

Date: 10/10/2019                Thomas G. Bruton, Clerk of Court

                    Nakita Perdue , Deputy Clerk