# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 9, 2020

| Before: | FRANK H. EASTERBROOK, Circuit Judge |
| | DIANE P. WOOD, Circuit Judge |
| | AMY C. BARRETT, Circuit Judge |

| | KARL HARRIS, et al., |
| | Plaintiffs - Appellants |
| Nos. 19-1721 & 19-3255 | v. |
| | YRC WORLDWIDE INC., |
| | Defendant - Appellee |
| **Originating Case Information:** | |
| District Court Nos: 1:14-cv-01500 & 1:14-cv-08758  Northern District of Illinois, Eastern Division  Magistrate Judge Susan E. Cox | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)